IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ZUNDRIA CRAWFORD                                                                    PLAINTIFFS

VS.                                         CIVIL ACTION NUMBER 2:06 CV 125 - WAP - SAA

BAXTER HEALTHCARE CORPORATION, ET. AL                                    DEFENDANTS

ENTRY OF APPEARANCE

    I, Brandon I. Dorsey, do hereby file this, my Entry of Appearance of and on behalf of Plaintiff, Zundria Crawford, in the above styled and numbered matter.

    Respectfully submitted,

    ZUNDRIA CRAWFORD, PLAINTIFF

    BY:   _____
             BRANDON I. DORSEY, MSB # 100291
             ATTORNEY FOR PLAINTIFF

OF COUNSEL:

BRANDON I. DORSEY, PLLC
POST OFFICE BOX 13427
JACKSON, MISSISSIPPI 39236 - 3427
TELEPHONE: ( 601 ) 605 - 9006
FACSIMILE: ( 601 ) 957 - 0500

CERTIFICATE OF SERVICE

    I, Brandon I. Dorsey, attorney for Plaintiff, do hereby certify that I have on this day caused to be served, via United States mail, postage prepaid, a true and correct copy of the above and foregoing document to the following:

Baxter Healthcare Corporation, et. Al<br>
911 North Davis Avenue<br>
Cleveland, Mississippi 38732

    SO CERTIFIED, this the ____ day of _____ of 2006.

_____
BRANDON I. DORSEY