# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 1, 2009

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

**FILED**
JUN 15 2009
DAVID CREWS, CLERK
BY _____ Deputy

Re:  Zundria D. Crawford
v. Baxter Healthcare Corporation
No. 08-9738
(Your No. 08-60502)

U. S. COURT OF APPEALS
**FILED**
JUN 0 9 2009
CHARLES R. FULBRUGE III
CLERK

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED
JUN 1 5 2009
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

June 09, 2009

Mr. David Crews
Northern District of Mississippi, Oxford
United States District Court
911 Jackson Avenue
Room 369
Oxford, MS 38655

     No. 08-60502, Crawford v. Baxter Healthcare
         USDC No. 2:06-CV-125

Enclosed is a copy of the Supreme Court order denying certiorari.

                          CHARLES R. FULBRUGE III, Clerk

                          By: _____
                          Charlene A. Vogelaar, Deputy Clerk
                          504-310-7648